# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

MEMO ENDORSED

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

July 24, 2023

The Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Tyquan Brown, 23 Cr. 157 (KMK)**

Dear Judge Karas:

We write with the consent of the government to request a 90-day adjournment of the status conference currently scheduled for Monday, July 31, at 11:30 a.m. We request this adjournment to permit the parties to engage in discussions of a possible pretrial resolution of this case. Mr. Brown consents to the exclusion of time until the next conference date selected by the Court.

We thank the Court for its consideration of this request.

Granted. The conference is adjourned to 10/27/23, at 11:30 Time is excluded until then, in the interests of justice, until then to allow the Parties to continue their discussions toward a resolution of the case. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

Respectfully,

/s/ Lise Rahdert

Rachel Martin, Esq.
Lise Rahdert, Esq.
Federal Defenders of New York

So Ordered.

[signature]

7/25/23

cc: All counsel of record via ECF