

MEMO ENDORSED

# AIELLO CANNICK
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

Of Counsel
    John S. Esposito
    Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

October 25, 2023

**VIA ECF**
Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    **United States v. Tyquan Brown**
            Case No.: 23-cr-00157-KMK-1

Dear Judge Karas:

    Tyquan Brown is scheduled to appear before Your Honor on October 27th, 2023 at 11:30 a.m.

    I am currently not feeling well and respectfully request an adjournment to mid-November if convenient for the Court.

    Thank you in advance for your consideration.

Respectfully submitted,

*/s/ Deveraux L. Cannick*
Deveraux L. Cannick

DLC/mw
cc: AUSA Kaiya Arroyo

Granted. The conference is adjourned to 11/ 20 /23, at 3:00. Time is excluded until then, in the interests of justice, to accommodate the unavailability of Mr. Cannick. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.
10/25/23