UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

United States of America,

    -against-                                    ORDER

                                                                Docket No. 23 CR 00157 (KMK)

Tyquan Brown,

            Defendant.

---------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

    John S. Wallenstein is to assume representation of the defendant in the above captioned matter as of January 10, 2024. Mr. Wallenstein is appointed pursuant to the Criminal Justice Act. His address is Law Offices of John S. Wallenstein, 1100 Franklin Avenue, Garden City, NY 11530, phone number (516) 742-5600, Email: JSWallensteinEsq@outlook.com Deveraux Cannick is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       January 11, 2024