## LAW OFFICES
## JOHN S. WALLENSTEIN
### 1100 FRANKLIN AVENUE
### GARDEN CITY, NEW YORK 11530
### (516) 742-5600  FAX (516) 742-5040
### EMAIL: JSWallensteinEsq@outlook.com

April 28, 2024

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Tyquan Brown**
            **Docket # 23 CR 157 (KMK)**

Dear Judge Karas;

    This matter is scheduled for status conference on May 8. On that date, I will be engaged in a sentencing before Judge Eric Vitaliano in EDNY, a proceeding expected to last several hours, due to the nature of the case. I therefore respectfully request that the conference be adjourned until May 30 at 12:30, a date and time on which Ms. Bordes confirms the Court's availability. AUSA Kaiya Arroyo confirms that the Government has no objection. The defendant agrees to exclude time until the adjourned date.

    Thank you for your courtesy and consideration.

                              Respectfully yours,

                              *John S. Wallenstein*
                              JOHN S. WALLENSTEIN

JSW/hs

    cc:    AUSA Kaiya Arroyo (by ECF)

SO ORDERED:
HON. KENNETH M. KARAS U.S.D.J.
5/30/2024