UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>TYQUAN BROWN,<br>                      Defendant. | No. 23-CR-157 (KMK)<br><br>SCHEDULING ORDER |

KENNETH M. KARAS, United States District Judge:

      Trial of this case will begin on December 9, 2024, at 9:30 AM in courtroom 521, 300 Quarropas Street, White Plains, New York 10601.

      Defendant shall file any pre-trial motions by August 1, 2024. The Government's response, if any, is due August 30, 2024, and Defendant's reply is due September 13, 2024.

      The Government shall produce to Defendant pre-marked exhibits it intends to introduce as part of its case-in-chief at trial by October 25, 2024.

      The Government shall produce to Defendant any evidence it will seek to introduce at trial pursuant to Federal Rule of Evidence 404(b) with an accompanying Memorandum of Law, and shall file any motions in limine, by October 25, 2024. Defendant's responses to the Government's motions and his own motions in limine are due November 22, 2024. The Government's response to Defendant's motions in limine, and the Government's 404(b) reply, are due December 2, 2024.

      The Parties' proposed jury instructions, voir dire, and proposed verdict form are due by November 22, 2024.

      The Court will hold a final pre-trial conference on December 6, 2024, at 11:00 AM.

2

      Time is excluded from the Speedy Trial Act until December 9, 2024, in the interest of justice.  *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   May 30, 2024
          White Plains, New York

                                                  KENNETH M. KARAS
                                            United States District Judge