

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street – Suite 1100*
*White Plains, New York 10606*

September 30, 2024

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** *United States v. Tyquan Brown*, **23 Cr. 0157 (KMK)**

Dear Judge Karas,

The Government submits this letter to request a one-week extension of the Government's Opposition to Defendant's Motion to Dismiss the Indictment in the above-referenced matter. The Government's Opposition is due today, September 30, 2024, and the undersigned respectfully requests an extension to October 7, 2024.

Between at least September 4, 2024, and September 16, 2024, the undersigned was preparing for a trial before the Honorable Philip M. Halpern, United States District Court Judge for the Southern District of New York. The trial itself lasted from September 17, 2024 through September 27, 2024. Defense counsel has been contacted and does not object to the adjournment.

Granted.

So Ordered.
9/30/24

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By:  Kaiya Arroyo
Kaiya Arroyo
Assistant United States Attorney
(914) 993-1919

Cc:  *via ECF*
     John Wallenstein
     Defense counsel for Tyquan Brown, defendant