UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TYQUAN BROWN,

Defendant.

No. 23-CR-157 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

    The Court will hold a hearing on Defendant's Motion to Dismiss the Indictment on October 31, 2024, at 11:00 AM in Courtroom 521 at 300 Quarropas Street, White Plains, New York, 10601.

SO ORDERED.

DATED:   October 9, 2024
             White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE