UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>TYQUAN BROWN,<br><br>      Defendant. | No. 23-CR-157 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  For the reasons stated on the record at the hearing held on October 31, 2024, Defendant's motion is denied without prejudice.  The Clerk of the Court is respectfully directed to terminate the pending motion at Dkt. No. 35.

SO ORDERED.

Dated: October 31, 2024
    White Plains, New York

                    KENNETH M. KARAS
                    United States District Judge