# LAW OFFICES
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

November 15, 2024

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Tyquan Brown**
            **Docket # 23 CR 157 (KMK)**

Dear Judge Karas;

    As you know, trial commences December 9, and I have recently received 3500 material and begun trial preparation. Because of the anticipated volume of work in the next couple of weeks, I respectfully request permission to submit interim CJA vouchers, one covering the period from my appointment through a date in early December, and another at the conclusion of the trial.

    Thank you for your courtesy and consideration.

                                            Respectfully yours,

                                            *John S. Wallenstein*
                                            JOHN S. WALLENSTEIN

JSW/hs

                        Granted.
                        So Ordered
                        11/15/24