UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

       -against-                                   ORDER

                                                       Docket No. 23 CR 00157 (KMK)

Tyquan Brown,

             Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

      Samuel M. Braverman, Esq., is to assume representation of the defendant in the above captioned matter as of July 17, 2025. Mr. Braverman is appointed pursuant to the Criminal Justice Act. His address is Anderson Kill P.C., 7 Times Square, 15th Floor, New York, NY 10036, (212) 278-1008, Email: SBraverman@AndersonKill.com

Mr. Wallenstein is relieved as counsel.

                                                     SO ORDERED

                                                     KENNETH M. KARAS
                                                     UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
          October 8, 2025