UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

United States of America,

      -against-

ORDER

Docket No. 23 CR 00157 (KMK)

Tyquan Brown,

      Defendant.

----------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

      Samuel M. Braverman, Esq., is to assume representation of the defendant in the

above captioned matter as of July 21, 2025. Mr. Braverman is appointed pursuant to the

Criminal Justice Act. His address is Anderson Kill P.C., 7 Times Square, 15th Floor

New York, NY 10036, (212) 278-1008, Email: sbraverman@andersonkill.com

SO ORDERED,

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
      November 6, 2025