# ANDERSON KILL P.C.

Attorneys and Counselors at Law

7 TIMES SQUARE, 15TH FLOOR ■ NEW YORK, NY 10036
TEL: 212-278-1000 ■ FAX: 212-278-1733
www.AndersonKill.com

Samuel M. Braverman, Esq.
SBraverman@AndersonKill.com
Tel. 212-278-1008

April 30, 2026

Re:    United States v. Tyquan Brown
Dkt.:   S3 23 Cr 157 (KMK)

BY EMAIL and ECF
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Dear Judge Karas:

I have been counsel for Mr. Brown in the above matter since I was appointed last summer to conduct the sentencing hearing, which was held last October. Yesterday, I filed Mr. Brown's Notice of Appeal with the District Court Clerk's office, in advance of the pending Judgment and Commitment Order, to preserve Mr. Brown's right to appeal. With that, I have no further work to do on this matter before the District Court as this matter is concluded.

Mr. Brown wishes to pursue his appeal. As this Court is aware, I am stepping down from the CJA panel. To that end, I ask this Court to enter an order relieving me as Mr. Brown's counsel and I am requesting that new counsel be appointed to perfect Mr. Brown's appeal. I will of course make my entire file available to new counsel. I have spoken with Mr. Brown and advised him that I was making this application, and he had no objection to my request (and in fact wished me well.)

I thank the Court for its consideration of my request.

The request by Mr. Braverman to be relieved is granted with the thanks of the Court for his work in this case. The Court will appoint new counsel to handle the appeal in a separate order.

So Ordered.

4/30/26

Respectfully submitted,
*Sam Braverman*
Anderson Kill, P.C.
Attorneys for Defendant

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Washington, DC ■ Stamford, CT ■ Los Angeles, CA ■ Boston, MA